# Dechert
LLP

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

Via ECF & email

June 4, 2024

Re: *United States v. Trevor Page*, 21 CR 517 (KAM) (RLM)

Dear Judge Matsumoto,

We respectfully write to request an extension until June 14, 2024, of the deadline to file confessions of judgment on two properties partially securing defendant Trevor Page's bond. The bail order dated May 21, 2024, set forth a deadline of June 4, 2024. The government consents to this request.

On May 21, 2024, the Court released Mr. Page on a $600,000 bond. The agreed-upon bail package included properties located in Philadelphia and Fort Worth, Texas, and the bail order provided that confessions of judgment be filed on each property by today. Due to an unexpected challenge securing the necessary paperwork in a timely fashion (which was not caused by any of the suretors pledging their property), we will not be able to meet the original deadline and respectfully request that Your Honor extend it to June 14, 2024.

Respectfully submitted,

Roger A. Burlingame

cc: AUSAs Hiral Mehta and Dylan Stern (via ECF & email)